UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SNYDER COMPUTER SYSTEMS,
INC. d.b.a. WILDFIRE MOTORS,
    Plaintiff,

v.

UNITED STATES DEPARTMENT
OF TRANSPORTATION,
    Defendant.

Case No. 2:12-cv-1140
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

---

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SNYDER COMPUTER SYSTEMS,
INC. d.b.a. WILDFIRE MOTORS,
    Defendant.

Case No. 2:13-cv-311
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

This matter came before the Court for a telephone conference on January 20, 2015. The results of that conference are as follows:

1. Synder Computer Systems, Inc. d.b.a. Wildfire Motors' ("Wildfire") Motion for Disclosure of Mediation Communications is **DENIED**. (ECF No. 80.)

2. Wildfire's Motion to Set Discovery Schedule is **DENIED**. (ECF No. 82.)

3. The Government's Motion to Amend the Complaint is accepted as a Motion to Hold Douglas Don Snyder and Lora Faye Snyder Jointly and Severally Liable with Wildfire for Civil

1

Penalties. (ECF No. 72.) That motion is **HELD IN ABEYANCE** pending a decision from this Court as to whether Wildfire is liable for civil penalties and, if it is found to be liable for civil penalties, a determination as to whether Wildfire is capable of paying them. Counsel for Mr. and Mrs. Snyder shall be permitted to participate in these proceedings.

    4. A hearing is scheduled for **March 30, 2015, at 9:00 a.m.** on the government's Motion for Order to Show Cause Why Wildfire Motors and Douglas D. Snyder Should Not Be Held in Civil Contempt of the Court's Order Dated March 31, 2014, and to Assess Civil Penalties Under the Safety Act (ECF No. 41) and Wildfire's Motion to Alter and Amend Judgment of March 31, 2014 (ECF No. 32) ("Hearing"). The Clerk is **DIRECTED** to **WITHDRAW** those two motions, which will both be reactivated and determined at the time of the hearing.

    5. By **January 27, 2015**, the parties shall submit to the Court, and serve on opposing counsel, the names, addresses and occupations of all witnesses they intend to call at the Hearing, with a brief summary of the witness' testimony (two to three sentences), the purpose of that testimony, and the major issue about which the witness will testify.

    6. By **January 27, 2015**, the parties shall submit to the Court, and serve on opposing counsel, a list containing a brief description of each item of documentary or physical proof the party intends to offer at the Hearing. These documents must be exchanged ten (10) days prior to the Hearing.

    7. A telephone status conference is scheduled for **January 30, 2015 at 9:30 a.m.** to discuss whether additional discovery is needed for the Hearing.

    8. There is a request for a jury trial pending in this action. The Government indicates

that it does not believe a jury is permissible in this action and shall file forthwith a motion directed at the request.

**IT IS SO ORDERED.**

___1-20-2015___
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**