UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SNYDER COMPUTER SYSTEMS,
INC. d.b.a. WILDFIRE MOTORS,
    Plaintiff,

v.

UNITED STATES DEPARTMENT
OF TRANSPORTATION,
    Defendant.

Case No. 2:12-cv-1140
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

---

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SNYDER COMPUTER SYSTEMS,
INC. d.b.a. WILDFIRE MOTORS,
    Defendant.

Case No. 2:13-cv-311
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

This matter came before the Court on August 28, 2015, for a hearing scheduled by this Court for Douglass Don Snyder and Snyder Computer Systems, Inc. d.b.a. Wildfire Motors ("Wildfire"), to show why they should not be held in contempt for noncompliance with the Consent Decree that was filed in this action on August 12, 2015. (ECF No. 125.) At that hearing, the Court also **DENIED** both Wildfire's Motion to Stay Pending Appeal (ECF No. 135) and Mr. Snyder's Motion to Stay Pending Appeal (ECF No. 136). The Court found that none of the factors for granting a stay weigh in favor of Mr. Snyder and/or Wildfire. *See Hilton v.*

*Braunskill*, 481 U.S. 770 (1987) (strong showing of success on the merits of appeal, irreparable harm, substantial harm to other interested parties; public interest).

The Clerk is therefore **DIRECTED** to **REMOVE** these motions from the Court's pending motions list. (ECF Nos. 135, 136.)

**IT IS SO ORDERED.**

_____8-31-2015_____
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**