IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Snyder Computer Systems, Inc. d.b.a. Wildfire Motors, | : : : | |
| Plaintiff, | : : | Case No. 2:12-cv-1140 Chief Judge Sargus |
| v. | : : : | |
| United States Department of Transportation, | : : : | |
| Defendant. | : | |

-------------------------------------

| | | |
|---|---|---|
| United States of America, | : : | |
| Plaintiff, | : : : | Case No. 2:13-cv-311 Chief Judge Sargus |
| v. | : : : | |
| Snyder Computer Systems, Inc. d.b.a. Wildfire Motors, | : : : | |
| Defendant. | : | |

**ORDER TO ADMINISTRATIVELY CLOSE CASE**

To administratively close this case, the Court orders the Clerk to transmit to the Carroll, Ucker and Hemmer LLC Trust Account the remaining $50,000 being held by the Clerk. After receipt, Carroll Ucker Hemmer LLC shall provide to the Receiver such funds as may be necessary to meet the repayment obligations as set forth in the Court's "Consent Decree" of August 12, 2015.

On or after May 1, 2016, Carroll Ucker and Hemmer LLC and the Receiver shall deliver any unused portion of the $50,000 to Douglas Don Snyder, subject to Douglas Don Snyder continuing to be responsible to pay for repurchase recalls timely requested

1

(within 180 days of receipt of the recall letter), until the "Consent Decree" expires by its terms as set forth therein.

Although the case is hereby administratively closed , the Court retains jurisdiction to enforce the "Consent Decree" on motion of any party. Nothing in this Order takes away any of the rights or obligations set forth in the Consent Decree.

                                  3-30-2016
                           Edmund A. Sargus, Jr.
                           Chief United States District Judge

Approvals:

/s/ David W. T. Carroll

_____
David W. T. Carroll (#0010406)
Carroll, Ucker & Hemmer, LLC
7100 North High Street, Suite 301
Worthington, Ohio 43085
(v) 614/547-0350  (fax) 614/547-0354
dcarroll@cuhlaw.com
ATTORNEY FOR SNYDER COMPUTER
SYSTEMS, INC. DBA WILDFIRE MOTORS


/s/ Shawn M. Blake

_____
Shawn M. Blake, Esq. (#0070444)
Blake, Bednar, Blake & Richardson
4110 Sunset Boulevard
Steubenville, Ohio 43952
 (v) 740/264-1651   (fax) 740/264-6720
sblake@bbbrlaw.com
ATTORNEY FOR DOUGLAS DON SNYDER


CARTER M. STEWART

United States Attorney

/s/ John J. Stark

_____
JOHN J. STARK (0076231)
Assistant United States Attorney
Attorney for Defendant
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5240
E-mail: john.stark@usdoj.gov